

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00128-CV

| | | |
|---|---|---|
| AIMEE T. GOINS, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2019-04030) |
| V. | | |
| | § | February 25, 2021 |
| DISCOVER BANK, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack